STATE v. WILLIAMS

No. 378P98

Case below: 120 N.C.App. 649

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 February 1999.

STATE v. WILLIAMS

No. 33P99

Case below: 131 N.C.App. 703

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1999.

STATE v. WILLIAMS

No. 24P99

Case below: 131 N.C.App. 703

Motion by Attorney General to dismiss appeal allowed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. WORNEY

No. 545P98

Case below: 131 N.C.App. 555

Motion by Attorney General to dismiss appeal allowed 4 February 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Justice Martin recused.

STATE v. WRIGHT

No. 460P98

Case below: 131 N.C.App. 155

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.